**SEALED**

**FILED**
MAY - 8 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  PHILLIP A. TALBERT
   United States Attorney
2  SHELLEY D. WEGER
   501 I Street, Suite 10-100
3  Sacramento, CA 95814
   Telephone: (916) 554-2700
4  Facsimile: (916) 554-2900

5  Attorneys for Plaintiff
   United States of America

6

7                IN THE UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10 In the matter of Search Warrants Directed to     CASE NO.  2:16-SW-001 EFB
   Yahoo!, Inc.                                              2:15-SW-0502 CKD
11
                                                    [PROPOSED] ORDER COMMANDING YAHOO!,
12                                                  INC. NOT TO NOTIFY ANY PERSON OF THE
                                                    EXISTENCE OF WARRANTS
13
                                                    **UNDER SEAL**
14

15                          **SEALING ORDER**

16      Upon Application of the United States of America and good cause having been shown,

17      IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

18 SEALED until further order of this Court.

19

20 Dated: 5/8/2017                    _____
                                       Hon. Carolyn K. Delaney
21                                     U.S. MAGISTRATE JUDGE

SEALING ORDER