PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of Search Warrants Directed to Yahoo!, Inc. | CASE NO. 2:16-SW-0001 EFB<br>2:15-SW-0502 CKD<br><br>[PROPOSED] ORDER TO EXTEND PRECLUSION OF NOTICE PURSUANT TO 18 U.S.C. § 2705(b)<br><br>**UNDER SEAL** |

### ORDER

IT APPEARING that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that, pursuant to 18 U.S.C. § 2705(b), YAHOO! INC. shall not disclose the existence of these WARRANTS, the application, or this Order of the Court, to the listed subscriber or to any other person, for an additional 120 days from the expiration of the previous order, through and including December 11, 2017.

The Court determines that there is reason to believe that notification of the existence of the underlying WARRANTS will seriously jeopardize the investigation or unduly delay a trial, including by: giving targets an opportunity to flee from prosecution, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that YAHOO! INC. shall not

1   disclose the existence of the underlying WARRANTS, or this Order of the Court, to the listed subscriber
2   or to any other person, unless and until otherwise authorized to do so by the Court, except that YAHOO!
3   INC. may disclose the WARRANTS to an attorney for YAHOO! INC. for the purpose of receiving legal
4   advice.
5       IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
6   ordered by the Court.

Dated: 8-8-2017

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER