McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

AUG 2 9 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>DARIUSH98@YAHOO.COM THAT IS STORED AT PREMISES CONTROLLED BY YAHOO, INC. | CASE NO: 2:16-SW-0001 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT MATERIALS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are hereby ordered, unsealed, except for the affidavit in support of the search warrant application, which shall remain under seal.

IT IS FURTHER ORDERED that the redacted version of the affidavit in support of the search warrant application attached to the United States' Request to Unseal Search Warrant Materials be filed on the public docket in this case.

IT IS FURTHER ORDERED that the United States may provide a copy of the sealed version of the search warrant affidavit in support of the search warrant application to counsel for the defendants in *United States v. Dariush Niknia and Richard Lant*, case number 2:19-cr-00131-MCE.

Dated: Aug 28, 2019

_____
The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT